**In re the MARRIAGE OF Karen Elise GOUCHER and Kevin Wayne Goucher.**

**Karen Elise Goucher, Petitioner/Respondent,**

v.

**Kevin Wayne Goucher, Respondent/Appellant.**

**No. ED 80564.**

Missouri Court of Appeals, Eastern District, Division Two.

Nov. 26, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 27, 2003.

Application for Transfer Denied March 4, 2003.

Norton Y. Beilenson, Edwards, Singer, Schramm, Watkins & Sponeman, LLP, Clayton, MO, for appellant.

Jane E. Tomich, Knight & Tomich, St. Charles MO, for respondent.

Before PAUL J. SIMON, P.J., GARY M. GAERTNER, SR., J. and KATHIANNE KNAUP CRANE, J.

*ORDER*

PER CURIAM.

Father appeals from a judgment modifying a decree of dissolution of marriage. We find the judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. *Murphy v. Carron,* 536 S.W.2d 30, 32 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).